Baron J. Drexel, SBN 132529
Law Offices of Baron J. Drexel
Madison Square Professional Center
212 Ninth Street, Ste. 401- Penthouse
Oakland, California 94607
Telephone:     (510) 444-3184
Facsimile:     (510) 444-3181
E-mail:        drexlex@sbcglobal.net

Attorney for Plaintiff Sunnyside Development LLC

UNITED STATES FEDERAL DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT CORPORATION, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> OPSYS U.S. CORPORATION, PENTALPHA MACAU COMMERCIAL OFFSHORE LIMITED, LITE ARRAY, INC., and DOES 1-100, inclusive, <br><br> Defendants. | Case No.:  3:05-cv-01447-SI <br><br> Order Re *Ex Parte* Application to Vacate Conference And Request for Briefing Scheldule |

Plaintiff's ex parte application to vacate conference and request for briefing schedule was duly submitted to this Court.  This Court having considered the papers, the file, and good cause appearing, hereby GRANTS the ex parte application and continues the Conference until _____.  The Court further orders that the matter of the final judgment of default as against Opsys U.S. Corporation be briefed as follows:_____

A final judgment of default against Lite Array, Inc. should be briefed as follows: _____.  Service upon Pentalpha Macau Commercial

Ex Parte Application Re Continuance

1   Offshore Limited should be effected within sixty (60) days.

2       Done and ordered this 18th day of November, 2005 in San Francisco, California.

3                                                               _____

4                                                               Hon. Susan Illston
                                                                United States District Judge

5

6                        

7

8

9

10

11

12

13       The initial case management conference has been scheduled to
         occur on January 6, 2006, at 2:00 p.m.  The remaining parties in
14       this case must file a joint case management conference one
         week prior to the conference.
15

16

17

18

19

20

21

22

23

24

25

                                    2
                                                    Ex Parte Application Re Continuance