IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVELOPMENT CORPORATION, LLC,

        Plaintiff,

  v.

OPSYS U.S. CORPORATION et al.,

        Defendants.

        /

No. C 05-1447 SI

**ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)**

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Sunnyside Development Corporation, LLC v. Opsys Limited*, 05-553 MHP, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: April 27, 2006

                                          SUSAN ILLSTON
                                          United States District Judge