UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVELOPMENT
CORPORATION, LLC,

    Plaintiff(s),

vs.

OPSYS U.S. CORPORATION, PENTALPHA MACAU
COMMERCIAL OFFSHORE LIMITED, LITE
ARRAY, INC, et al.,

    Defendant(s).
    _____/

No C-05-01447 MHP

**ORDER GRANTING MOTION FOR FINAL JUDGMENT**

    Plaintiff SUNNYSIDE DEVELOPMENT CORPORATION, LLC, has moved for final judgment of default against OPSYS U.S. CORPORATION in the amount of one million dollars ($1,000,000,00).   This court, having entered a default, and having reviewed the plaintiff's submissions in support of default judgment and its entitlement to the amount sought, and having found that plaintiff has established its entitlement to said amount,

    IT IS HEREBY ORDERED that plaintiff's motion is GRANTED and judgment shall be entered in the amount of One Million Dollars ($1,000,000.00) against OPSYS U.S. CORPORATION.

Date: April 8, 2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California